1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Dec 20 2024
Clerk, U.S. District Court
Western District of Texas

By: _mvm_
Deputy

**USA**

vs.

**(1) LUIS FERNANDO MENDOZA- VELASQUEZ**

§
§  CRIMINAL COMPLAINT
§  CASE NUMBER: **EP:24-M -05072(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 19, 2024** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, MENDOZA-Velasquez, Luis Fernando an alien to the United States and a citizen of Guatemala, was found in the United States on December 19, 2024. The "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ MACIAS, J. CHRISTIAN
Signature of Complainant
Border Patrol Agent

December 20, 2024
File Date

at   EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:05 PM.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:24-M -05072(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) LUIS FERNANDO MENDOZA- VELASQUEZ**

*FACTS   (CONTINUED)*

**DEFENDANT was found approximately 25 miles east of the Fort Hancock, Texas Port of Entry, near Sierra Blanca, Texas, within the Western District of Texas. The Defendant was attempting to conceal himself in the brush next to Interstate-10 mile marker 107. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on October 18, 2024, through El Paso, TX.  The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.**

**Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on October 18, 2024, through EL PASO, TX**

CRIMINAL HISTORY:

**NONE**